**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**TRAMICA SHANTRELL NEWTON** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:26-cv-46-HSO-BWR**

**MARK NECAISE, KIMBERLY NECAISE, ROCKET MORTGAGE, LLC, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the Court's Order granting in part and denying in part Defendants Mortgage Electronic Registration Systems, Inc.; Rocket Mortgage, LLC; and Mark and Kimberly Necaise's Motions [6], [9], [12] to Dismiss entered this date.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff Tramica Shantrell Newton's federal claims against all Defendants are **DISMISSED WITH PREJUDICE**. The Court declines to exercise supplemental jurisdiction over the state-law claims against Defendants, and they are **DISMISSED WITHOUT PREJUDICE.**

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this civil action is **DISMISSED.**

**SO ORDERED AND ADJUDGED**, this the 16th day of October, 2026.

s/ Halil Suleyman Ozerden
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE